McHUGH & McHUGH, LLP
STEVEN J. McHUGH, #145857
2196 Lake Tahoe Boulevard, Suite B
South Lake Tahoe CA 96150-6687
stevenmchugh@sbcglobal.net
Tel: (530) 544-3006 ★ Fax: (530) 544-3517
Attorneys for Plaintiff ANN CALLEJA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN CALLEJA, Individually and in Her Capacity as Surviving Spouse and Personal Representative of the Estate of Her Husband, Joseph Calleja, Deceased;<br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>U. S. FINANCIAL LIFE INSURANCE COMPANY, AXA FINANCIAL COMPANY, Believed to Be a New York Corporation, Doing Business in California; CIGI DIRECT INSURANCE SERVICES, Believed to Be a Colorado Corporation, Doing Business in California; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-10,<br>　　　　　　　　　　　　　Defendants. | CIVIL CASE NUMBER: 3:13-cv-00983-SC<br><br>**ORDER TO CONTINUE CMC**<br>**PROOF OF SERVICE** |

Based upon Stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Case Management Conference set by the Court for July 26, 2013, at 10:00 A.M. be continued to September 13, 2013, at 10:00 A.M.

Dated: _06/10/2013_____.



_____
JUDGE, UNITED STATES DISTRICT COURT

McHUGH & McHUGH, LLP
2196 Lake Tahoe Blvd., Ste. B
So. Lake Tahoe CA 96150-6687
stevenmchugh@sbcglobal.net
Tel: (530) 544-3006
Fax: (530) 544-3517

-1-
Order to Continue CMC