1  McHUGH & McHUGH, LLP
   STEVEN J. McHUGH, #145857
2  2196 Lake Tahoe Boulevard, Suite B
   South Lake Tahoe CA 96150-6687
3  stevenmchugh@sbcglobal.net
   Tel: (530) 544-3006 ★ Fax: (530) 544-3517
4  Attorneys for Plaintiff ANN CALLEJA

5

6                    **UNITED STATES DISTRICT COURT**

7           **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

8  ANN CALLEJA, Individually and in Her )   **CIVIL CASE NUMBER: 3:13-cv-00983-SC**
   Capacity as Surviving Spouse and Personal )
9  Representative of the Estate of Her Husband, ) **ORDER TO CONTINUE CMC**
   Joseph Calleja, Deceased;             )   **PROOF OF SERVICE**
10                            Plaintiff, )
                                          )
11              v.                        )
                                          )
12 U. S. FINANCIAL LIFE INSURANCE )
   COMPANY, AXA FINANCIAL COMPANY, )
13 Believed to Be a New York Corporation, Doing )
   Business in California; CIGI DIRECT )
14 INSURANCE SERVICES, Believed to Be a )
   Colorado Corporation, Doing Business in )
15 California; DOE BUSINESS ENTITIES 1-10; )
   and DOE INDIVIDUALS 1-10,              )
16                            Defendants. )
                                          )
17

18      Based upon Stipulation of the parties and good cause appearing therefore,

19

20      **IT IS HEREBY ORDERED** that the Case Management Conference set by the Court for July 26,

21 2013, at 10:00 A.M. be continued to September 13, 2013, at 10:00 A.M.

22

23

24 Dated: _____06/10/2013_____ .      _____
                                        JUDGE, U.S. DISTRICT COURT
25                                      *Judge Samuel Conti*

26

27

28

McHUGH & McHUGH, LLP
2196 Lake Tahoe Blvd., Ste. B
So. Lake Tahoe CA 96150-6687
stevenmchugh@sbcglobal.net
Tel: (530) 544-3006
Fax: (530) 544-3517

-1-
Order to Continue CMC