# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ANN CALLEJA, individually and in her capacity as surviving spouse and personal representative of the estate of her husband, Joseph Calleja,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. FINANCIAL LIFE INSURANCE, an AXA FINANCIAL COMPANY, believed to be a New York Corporation, doing business in California; CIGI DIRECT INSURANCE SERVICES, believed to be a Colorado Corporation, doing business in California; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,<br><br>Defendants. | CASE NO.: **3:13-cv-00983 JSC**<br><br>**[~~PROPOSED~~] ORDER GRANTING AGREED MOTION BY DEFENDANT CIGI DIRECT INSURANCE SERVICES, INC. TO ENLARGE TIME TO FILE REPLY TO PLAINTIFF'S MEMORANDUM OF FACTS AND LAW IN OPPOSITION TO DEFENDANTS' MOTIONS (2) TO DISMISS FIRST AMENDED COMPLAINT UP TO AND INCLUDING FEBRUARY 19, 2014** |

The Court has considered Defendant, CIGI Direct Insurance Services, Inc.'s Motion to Enlarge Time to File Reply to Plaintiff's Memorandum of Facts and Law in Opposition to Defendants' Motions (2) to Dismiss First Amended Complaint[1] up to and including February 19, 2014.

---

[1] D.E. 42

-1-

[~~PROPOSED~~] ORDER GRANTING DEFENDANT CIGI DIRECT INSURANCE SERVICES, INC.'S AGREED MOTION TO ENLARGE TIME TO FILE REPLY TO PLAINTIFF"S MEMORANDUM OF FACTS AND LAW IN OPPOSITION TO DEFENDANTS' MOTIONS (2) TO DISMISS FIRST AMENDED COMPLAINT UP TO AND INCLUDING FEBRUARY 19, 2014

1  Finding that good cause exists, the Motion is GRANTED.

2      IT IS SO ORDERED.

3  Date: February 20, 2014                    _____

4                                              Samuel Conti
                                               United States District Judge

[~~PROPOSED~~] ORDER GRANTING DEFENDANT CIGI DIRECT INSURANCE SERVICES, INC.'S AGREED MOTION TO ENLARGE TIME TO FILE REPLY TO PLAINTIFF"S MEMORANDUM OF FACTS AND LAW IN OPPOSITION TO DEFENDANTS' MOTIONS (2) TO DISMISS FIRST AMENDED COMPLAINT UP TO AND INCLUDING FEBRUARY 19, 2014