STEVEN J. McHUGH (SBN: 145857)
stevenmchugh@sbcglobal.net
McHUGH & McHUGH, LLP
2196 Lake Tahoe Blvd. Suite B
South Lake Tahoe, CA 96150
Tel: (530) 544-3006
Fax: (530) 544-3517

Attorneys for Plaintiff ANN CALLEJA

KEVIN W. ALEXANDER (SBN: 175204)
kalexander@gordonrees.com
Allison L. Jones (SBN: 162976)
ajones@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
U.S. FINANCIAL LIFE INSURANCE COMPANY, erroneously sued and served as U.S. FINANCIAL INSURANCE COMPANY, an AXA FINANCIAL COMPANY

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| ANN CALLEJA, Individually and in her capacity as surviving spouse and personal representative of the estate of her husband, Joseph Calleja,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. FINANCIAL LIFE INSURANCE COMPANY, an AXA FINANCIAL COMPANY, believed to be a New York Corporation, doing business in California; CIGI DIRECT INSURANCE SERVICES, believed to be a Colorado Corporation, doing business in California; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,<br><br>Defendants. | CASE NO.**: 3:13-cv-00983-JSC**<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Judge Samuel Conti<br>Courtroom 1, 17th Floor |

WHEREAS, Plaintiff ANN CALLEJA, individually and in her capacity as surviving spouse and personal representative of the estate of her husband, Joseph Calleja, and Defendant U.S. FINANCIAL LIFE INSURANCE COMPANY, erroneously sued and served as U.S.

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

FINANCIAL INSURANCE COMPANY, an AXA FINANCIAL COMPANY, settled this matter on or about June 23, 2014;

WHEREAS Defendant CIGI DIRECT INSURANCE SERVICES was previously dismissed by the Court on March 10, 2014;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and U.S. FINANCIAL LIFE INSURANCE COMPANY through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: August 4, 2014

McHUGH & McHUGH, LLP

By: /s/ Steven J. McHugh________________
Steven J. McHugh
Attorneys for Plaintiff ANN CALLEJA

Dated: August 4, 2014

GORDON & REES LLP

By: /s/ Allison L. Jones__________________
Kevin W. Alexander
Allison L. Jones
Attorneys for Defendant
U.S. FINANCIAL INSURANCE COMPANY, erroneously sued and served as U.S. FINANCIAL INSURANCE COMPANY, an AXA FINANCIAL COMPANY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 4, 2014

GORDON & REES LLP

By: /s/ Allison L. Jones
Allison L. Jones
Attorneys for Defendant
U.S. FINANCIAL INSURANCE COMPANY, erroneously sued and served as U.S. FINANCIAL INSURANCE COMPANY, an AXA FINANCIAL COMPANY

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 08/05/2014




Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101